JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jolie Wheeler, | 2:09-cv-02207-JHN-SSx |
| Plaintiff(s), | ORDER ACKNOWLEDGING NOTICE OF SETTLEMENT |
| v. | |
| M.A.C. Cosmetics Inc. et al, | |
| Defendant(s). | |

The Court has been advised by the Notice of Settlement [30], filed on December 22, 2009 that this action had been settled. It is not necessary for the action to remain on the calendar of the Court. Any pending court dates/deadlines are hereby VACATED.

IT IS ORDERED that the Court retains complete jurisdiction for 60 days for the filing of a dismissal or to vacate this order and to reopen the action upon a good faith showing that the settlement has not been completed and further litigation is necessary.

Dated: December 28, 2009

Judge Jacqueline H. Nguyen

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE